## Seth Eisenberg

**From:** Seth Eisenberg
**Sent:** Wednesday, December 31, 2025 3:04 PM
**To:** paigemartineau@slaay.org
**Subject:** Availability of Audio Files

Dear Ms. Martineau:

Your e-mail was forwarded to my attention.

Reproductions of audio recordings of proceedings are available by:

(i) coming to the Clerk's office during regular business hours to listen to them (free of charge); or

(ii) ordering copies (which will be provided upon payment of the required fees).

Additional information is available at https://www.pamb.uscourts.gov/order-audio-files-or-transcripts.

I trust this resolves your concern.

**SETH F. EISENBERG**
**CLERK OF COURT**
United States Bankruptcy Court
Middle District of Pennsylvania

---

**From:** Paige Martineau <paigemartineau@slaay.org>
**Sent:** Wednesday, December 31, 2025 12:33 PM
**To:** Jennifer Miscevich <Jennifer_Miscevich@pamb.uscourts.gov>; Cindy Boyle <Cynthia_Boyle@pamb.uscourts.gov>
**Cc:** Chambers of Judge Mark Conway <Chambers_of_Judge_Mark_Conway@pamb.uscourts.gov>; Trish Ratchford <Patricia_Ratchford@pamb.uscourts.gov>
**Subject:** Availability of Audio Files

Hello.

On December 23, 2025, and earlier in December of 2025, Judge Conway issued orders that state that audio files were "available" to my law firm soon after a hearing.

We are one of the legal aid organizations serving debtors in the Middle District. We do not have any

funding for court fees for bankruptcy (except for narrow tax situations), and our clients typically cannot afford fees. We have always been told that fee waivers for debtors do not cover audio fees. The clerk's office has always told us these are not available. We certainly do not have any funding, whatsoever, for audio fees.

We have submitted requests for audio files in the attached cases (4:25-ck-2379, 4:25-bk-2956, 4:20-bk-2028; 4:20-ap-0060; 4:18-bk-1410) through ECF (see attached), but a fee is still showing as shown. Is there anything additional we need to provide in order to obtain the audio files, and would you be able to email them to me at this email address

I have copied Judge Conway's chambers. If Judge Conway's Order was not factually correct regarding whether the audio files are available to us, when can we be expecting a correction? The deadline is today to appeal Judge Conway's Order, if it is factually inaccurate and without investigation into the Court's procedures. We will go ahead and appeal Judge Conway's Order if the files are not provided. Regards,

Paige

Paige Martineau, Esq.
Executive Director
SLAAY (Susquehanna Legal Aid for Adults and Youth)
1307 Park Ave., Box #10, Williamsport, PA 17701
slaay.org
570-392-3025